

Attorneys admitted in
California, New York,
Texas, Pennsylvania, and
Maine

Emily A. Danchuk, Esq.
emily@donigerlawfirm.com
(207) 747-4135

Doniger / Burroughs Building
603 Rose Avenue
Venice, California 90291

Doniger / Burroughs NY
231 Norman Avenue, Suite 413
Brooklyn, New York 11222

Doniger / Burroughs ME
2 Victoria Lane
Falmouth, Maine 04105

**DELIVERED VIA ECF SERVICE**

November 7, 2020

Honorable Eduardo C. Robreno
United States District Court
Eastern District of Pennsylvania
James A Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

**RE: Creative Photographers, Inc. v. Grind Mode Media, LLC d/b/a LitViral; 2:20-cv-02557 (ECR)**

Your Honor:

This firm represents Creative Photographers, Inc. in the above-referenced litigation. I wish to address several outstanding service issues in an attempt to reduce or resolve such issues.

It is Plaintiff's sincere intent to effectuate proper service on Grind Mode Media, LLC ("GMM") in order to provide notice of the instant lawsuit to GMM and its self-described "Publisher/CEO."[a] Ms. McKinney's facts differ substantially from those offered by the two discrete service processors engaged by our firm to serve Grind Mode Media, LLC. Suffice to say, upon receipt of Ms. McKinney's letter to the Court, Plaintiff's counsel realized the first process server's mistake in serving Defendant with the wrong complaint. We immediately thereafter attempted re-service of the proper complaint to the address listed in Ms. McKinney's correspondence with the Court. (Dkt. No. 7)

Doniger Burroughs' attorneys have been in email contact with GMM through Ms. McKinney; we have offered to withdraw the default, stipulate to an extension of time to answer, and/or to generally discuss resolution of the matter and/or cooperate with Ms. McKinney, to no avail. Frankly, we are unsure what Ms. McKinney is seeking to accomplish in her correspondence to the Court, but Plaintiff is eager to proceed with the case and to effectuate service.

---

[a] https://www.linkedin.com/in/litviral/

1

  Plaintiff would prefer to afford Defendant an opportunity to respond to the complaint rather than proceeding with default motion practice.  Accordingly, Plaintiff has declined to proceed with default and remains generally willing to either seek an extension to continue to attempt service on Defendant, to stipulate to an enlargement of time for Defendant to answer the complaint, or to otherwise comply, as Your Honor deems necessary, with the applicable federal and local procedural laws.

              Respectfully submitted,

             By: */s/ Emily A. Danchuk*
               Emily A. Danchuk
               Doniger Burroughs PC
               2 Victoria Lane
               Falmouth, ME 04105
               (207) 747-4135
               emily@donigerlawfirm.com

               *Attorneys for Plaintiff Creative Photographers, Inc.*

cc: All parties receiving ECF notifications;
   Kenyetta McKinney via email (godschild2020vision@gmail.com)