```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| CREATIVE PHOTOGRAPHERS, INC., | : | CIVIL ACTION |
| | : | NO. 20-2557 |
| Plaintiff | : | |
| v. | : | |
| | : | |
| GRIND MODE MEDIA, LLC, | : | |
| | : | |
| Defendant | : | |

### ORDER

**AND NOW**, this **16th** day of **November, 2020,** after holding a telephone conference on the record,[1] it is hereby **ORDERED** that:

1. The default entered on September 17, 2020, is **VACATED**;

2. Plaintiff is afforded until **December 16, 2020**, to serve Defendant;[2] and

3. The Rule to Show Cause (ECF No. 9) is **MOOT**.

**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**

---

[1] The Court permitted Ms. McKinney to participate in the conference for scheduling purposes only and reminds her that an LLC can appear only by counsel. Likewise, Plaintiff is reminded that under the Local Rules, counsel from outside the jurisdiction must have associate counsel of record who maintains an office within the Eastern District of Pennsylvania.

[2] If service is not effectuated by December 16, 2020, Plaintiff may petition the Court to reinstate the default.