UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
INDEPENDENCE MALL WEST
601 MARKET STREET
PHIALDEPHIA, PA 19106-1797

4/13/2021

Emily A. Danchuk, Esq.
Doniger & Burroughs, P.C.
2 Victoria Lane
Falmouth, ME 04105

RE: Creative Photographers v. Grind Mode Media, LLC
Civil Action No. 20-2557

Dear Ms Danchuk,

A review of the Court's records shows that a pleading has not been filed in the above captioned action in response to the amended complaint.

You may file a request with the clerk for entry of a default in accordance with Rule 55 of the Federal Rules of Civil Procedure.

If the Request for Default is not filed by **April 30, 2021**, the Court may enter an order dismissing the case against the above named defendant(s) for lack of prosecution.

Very truly yours,

_s/Ronald Vance__
Ronald Vance
Deputy Clerk for the Hon. Eduardo C. Robreno

cc: Chambers